```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ERNESTO GARCIA,                                           :
                                     Plaintiff,             :
                                                            :          22 Civ. 9172 (LGS)
                  -against-                                 :
                                                            :                ORDER
  2390 C LLC, ET AL.                                        :
                                     Defendants.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated November 16, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for January 4, 2023;

    WHEREAS, Defendants were served on October 28, 2022;

    WHEREAS, Defendants were required to respond to the Complaint by November 18, 2022;

    WHEREAS, Defendants have not appeared in this case and have not timely responded to the Complaint;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **January 4, 2023, at 12:00 P.M.**, and shall explain why they have not complied with the Court's deadlines.  If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendants, no later than **January 4, 2023, at 12:00 P.M.**, Plaintiff shall file a status letter (1) requesting further adjournment of the

initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for January 4, 2023, is adjourned to **January 11, 2023, at 4:20 P.M.**

Dated: December 30, 2022
      New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**